IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| FREDDIE LEE BAILEY, DIANA LOUISE JOHNIGAN, | § § § |  |
|---|---|---|
|  | § | Case No. 2:16-CV-00477-JRG-RSP |
| *Plaintiffs*, | § § |  |
| v. | § § |  |
| DAVID RICHARDSON, | § § § |  |
| *Defendant*. | § |  |

## ORDER

Before the Court are Plaintiffs' objections to the Magistrate Judge's recommendation that this case be dismissed without prejudice for failure to serve under Federal Rule of Civil Procedure 4(m). *See* Dkt. No. 2. Plaintiff does not offer an adequate explanation for failing to properly serve the complaint in more than a year since the complaint was filed. *See* Dkt. No. 4 (Plaintiff's Objection). Nor is there a basis in Rule 4(m) to excuse such a lengthy delay. The Court further observes that there is no apparent basis for subject matter jurisdiction over this claim against a private citizen residing in the same state as the Plaintiffs.

Accordingly, **IT IS ORDERED** as follows:

(1) Plaintiffs' objections (Dkt. No. 4) are **OVERRULED**.

(2) The Magistrate Judge's Report and Recommendation is **ADOPTED**. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C).

(3) Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

So **ORDERED** and **SIGNED** this 20th day of June, 2017.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE